| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>AUG 10 2022<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

CINDY R. CASTILLO, individually and on behalf of all others similarly situated,

        Plaintiff-Appellant,

 v.

BANK OF AMERICA, NA, a North Carolina Corporation; DOES, 1-10, inclusive,

        Defendants-Appellees.

No.   19-56228

D.C. No.
8:17-cv-00580-DOC-KES
Central District of California,
Santa Ana

ORDER

Before:  GOULD and IKUTA, Circuit Judges, and EZRA,[*] District Judge.

    Appellant's Motion to Voluntarily Dismiss Appeal, Dkt. No. 47, is

**GRANTED**.  Each side shall bear its own costs and fees on appeal as the parties have agreed.  The copy of this order constitutes the mandate of this court.

---

    [*]    The Honorable David A. Ezra, United States District Judge for the District of Hawaii, sitting by designation.