```
JAMES HAWKINS APLC
  James R. Hawkins, Esq. (#192925)
  Gregory Mauro, Esq. (#222239)
  Michael Calvo, Esq. (#314986)
9880 Research Drive, Suite 200
Irvine, CA 92618
Tel.: (949) 387-7200
Fax: (949) 387-6676
Email: James@jameshawkinsaplc.com
Email: Greg@jameshawkinsaplc.com
Email: Michael@jameshawkinsaplc.com

Attorneys for Plaintiff CINDY R. CASTILLO,
individually and on behalf of all others similarly situated

[ADDITIONAL COUNSEL ON NEXT PAGE]
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY R. CASTILLO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION, a North Carolina Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:17-cv-00580-DOC (KESx)<br>Hon. David O. Carter<br><br>**ORDER RE JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(A)(ii) WITH PREJUDICE [130]** |

|   |   |
|---|---|
| 1 | **McGuireWoods LLP**<br>Sabrina A. Beldner, Esq. (SBN 221918)<br>Email: sbeldner@mcguirewoods.com<br>1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067-1501<br>Tel: (310) 315-8200<br>Fax: (310) 315-8210 |
| 2 | |
| 3 | |
| 4 | |
| 5 | Attorneys for Defendant<br>Bank of America, N.A. |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL

# **ORDER**

The Court has reviewed and considered the Joint Stipulation Requesting Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff CINDY R. CASTILLO ("Plaintiff") and Defendant BANK OF AMERICA N.A., ("Defendant). The Parties' Stipulation requesting dismissal of this entire action with prejudice shall be and hereby is GRANTED. The case is hereby dismissed in its entirety, **with prejudice**.

**IT IS SO ORDERED.**

DATED: September 26, 2022

*David O. Carter*

Hon. David O. Carter
United States District Court Judge

ORDER GRANTING JOINT STIPULATION REQUESTING VOLUNTARY DISMISSAL